IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SHERRY L. JONES<br>Plaintiff | § § § | |
| VS. | § § | CAUSE NO. 6:07CV455 |
| BLACKSTONE MEDICAL, INC.,<br>SCT, INC., DISANTO TECHNOLOGY,<br>INC., AND SSI DIVESTURE, INC.,<br>D/B/A MEDSOURCE TECHNOLOGIES<br>Defendants | § § § § § § | JURY DEMAND |

### ORDER DISMISSING DEFENDANT DISANTO TECHNOLOGY, INC.

ON THIS DAY was presented to the Court a Dismissal by Stipulation, and having considered the motion, the Court dismisses DiSanto Technology, Inc., without prejudice, from the present lawsuit.

It is SO ORDERED.

SIGNED this 17th day of December, 2008.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE