IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SHERRY L. JONES | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. 6:07-CV-455 |
| BLACKSTONE MEDICAL, INC. | § |

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, **SHERRY L. JONES**, Plaintiff, and moves the Court to dismiss the above entitled and numbered cause of action and would show the Court the following:

I.

All matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto and Plaintiff no longer desires to prosecute her cause of action as alleged in Plaintiff's Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enter its order dismissing said cause with prejudice to the right of Plaintiff to re-file same or any part thereof, and that all costs of court be taxed against the party incurring same.

Respectfully submitted,

NORTON & WOOD, LLP
315 Main Street
P. O. Box 1808
Texarkana, TX 75504-1808
903/823-1321 Telephone
903/823-1325 Fax

*Cyndia Hammond*
Marshall C. Wood
Texas Bar No. 00797690

Cyndia M. Hammond
Texas Bar No. 24035891

ATTORNEYS FOR PLAINTIFF, SHERRY JONES

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of August, 2009, a true and correct copy of the above and foregoing Motion for Dismissal has been delivered to the attorney listed below by electronic filing notification:

Mr. Todd Parker
The Parker Firm, P.C.
3808 Old Jacksonville Road
Tyler, Texas 75701
    *Attorney for Defendant Blackstone Medical, Inc.*

                                        /s/Cyndia M. Hammond
                                        Cyndia M. Hammond